ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
MAY 12 '21 PM03:50

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MASON VAN BARFUSS and<br>WIL CHARLES MCGREGOR,<br><br>Defendants. | **INDICTMENT**<br><br>VIOLATION:<br>Count I: 18 U.S.C. § 922(a)(6), False Statement During Acquisition of a Firearm.<br><br>Case: 1:21-cr-00061<br>Assigned To : Waddoups, Clark<br>Assign. Date : 5/12/2021 |

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 922(a)(6)
(False Statement During Acquisition of a Firearm)

On or about May 19, 2020, in the District of Utah,

MASON VAN BARFUSS and
WIL CHARLES MCGREGOR,

defendants herein, in connection with the acquisition of a firearm, to wit: Century Arms VSKA 7.62 x 39 mm rifle, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact material to the

lawfulness of such acquisition of the firearm, and did aid and abet therein; all in violation of 18 U.S.C. §§ 922(a)(6) and 2, and punishable pursuant to 18 U.S.C. § 924(a)(2).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for any offense violating 18 U.S.C. § 922, the defendants shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including but not limited to:

- Century Arms VSKA 7.62 x 39 mm rifle, s/n SV7020584
- Associated ammunition and magazines

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

*Victoria K. McFarland*
VICTORIA K. McFARLAND
Assistant United States Attorney